THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Rick Futia

*E-FILED 6/22/05*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FUTIA, | Case No.  C 04-3161 RS |
| Plaintiff, | STIPULATION OF DISMISSAL; ORDER |
| v. | |
| G&K ENTERPRISES, LP, GEORGE FRANGADAKIS, KENNETH FRANGADAKIS, | |
| Defendants. _____/ | |

The parties hereto stipulate as follows:

The parties have reached a full and final settlement of all issues in this action.  A Settlement Agreement between the parties has been fully executed.

Some parts of the Settlement Agreement are to be performed in the future.  The parties shall comply with their Settlement Agreement, a copy of which is incorporated by reference as

C 04-3161 RS                                        1

if fully set forth. The parties request the Court to retain jurisdiction for one year(s) from the date hereof in order to enforce the terms of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994).

Although the parties are hereby dismissing this action with prejudice, they agree that the Court will retain jurisdiction over this action and the parties hereto in order to be able to enforce the terms of the Settlement Agreement.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for one year(s) after the date hereof.

Date: June 20, 2005                                              Date: June 22, 2005


_Jon Stanley Heim_____           ___S/Thomas N. Stewart, III_____
Jon Stanley Heim                                              Thomas N. Stewart, III,
Attorney for Defendants                                  Attorney for Plaintiff

I hereby attest that I have in my possession the holographic signature of Jon Stanley Heim to this Dismissal.

Date:  June 22, 2005

_S/Thomas N. Stewart, III____
Attorney for Plaintiff


IT IS SO ORDERED:


Date:  6/22/05                                                    /s/ Richard Seeborg
                                                                          _____
                                                                                              Judge